UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| NORTHLAND INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6: 18-102-DCR |
| V. | ) ) | |
| COPPERHEAD LLC, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the parties' proposed Agreed Order of Dismissal.  [Record No. 20]  Being sufficiently advised, it is hereby

**ORDERED** as follows:

1.     The parties' Agreed Order of Dismissal [Record No. 20], construed as a joint motion to dismiss, is **GRANTED**.

2.     The claims asserted by Plaintiff Northland Insurance Company against Defendants Copperhead LLC, Richard Noble, Mary Noble, Ada Ross, and Holly Miniard are **DISMISSED**, with prejudice.

3.     This action is **DISMISSED** and **STRICKEN** from the Court's docket.  The parties shall bear their respective costs and attorney's fees.

This 23rd day of July, 2018.



Signed By:

*Danny C. Reeves*

United States District Judge